Robert Stephen HILL *v.* STATE of Arkansas

CR 02-700                                        83 S.W.3d 416

Supreme Court of Arkansas
Opinion delivered September 5, 2002

*James E. Hensley, Jr.*, for appellant.

No response.

PER CURIAM. Appellant Robert Stephen Hill, by and through his attorney, has filed a motion for rule on clerk. Attorney, James E. Hensley, Jr., states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.